1

2

# JS-6

3

4

5

6

7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8

9

10 | TRACYE BENARD WASHINGTON,     Case No. CV 20-3611-VAP (KK)

11 | Petitioner,

12 | v.     JUDGMENT

13 | STU SHERMAN, Warden,

14 | Respondent.

15

16

17      Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS

18 | HEREBY ADJUDGED that this action is DISMISSED with prejudice.

19

20 | Dated:  June 1, 2020

21

22 | HONORABLE VIRGINIA A. PHILLIPS
    United States District Judge

23

24

25

26

27

28